UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.:   23-30148 |
| DEI VITAE ENTERPRISES, LLC, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE TO CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

The above-referenced debtor has filed a Chapter 11 petition in the Western District of North Carolina. The Bankruptcy Code, 11 U.S.C. §1102, requires the Court to appoint a Committee of Unsecured Creditors. Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

You or your company have been listed by the debtor as one of the creditors holding the twenty largest claims against the debtor. Information regarding the function of the Creditors' Committee is enclosed with this notice. If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice. If appointed, you will receive a copy of the order appointing the Creditors' Committee. The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

Dated: February 28, 2023.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
401 W. Trade Street, Suite 2400
Charlotte, NC  28202-1633
N.C. Bar #34370
Telephone: (704) 350-7587   Fax: (704) 350-7577

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re: )
) Case No.:    23-30148
DEI VITAE ENTERPRISES, LLC, )
) Chapter 11
)
Debtor. )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___    Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___    Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____

_____

_____

Amount of Claim: $ _____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _____    Email: _____

Dated: _____

_____
Signature

**Return to: Bankruptcy Administrator's Office, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.**