FILED & JUDGMENT ENTERED
Steven T. Salata

March 27 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T. Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **DEI VITAE ENTERPRISES, LLC** ) | Case No. 23-30148 |
| ) | Chapter 11 |
| ) | |
| **Debtor.** ) | |
| ) | |

### *EX PARTE* ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ESSEX RICHARDS, P.A. AS BANKRUPTCY COUNSEL

THE COURT has considered that certain *DEBTOR'S EX PARTE MOTION FOR AUTHORITY TO RETAIN AND EMPLOY ESSEX RICHARDS, P.A. AS BANKRUPTCY COUNSEL* [Doc. No 31] (the "Motion"). Upon consideration of the Motion and the Debtor's request for an order authorizing the retention and employment of Essex Richards, P.A. (the "Firm") as the Debtor's bankruptcy counsel pursuant to sections 327(a) and 330 of the Bankruptcy Code and Bankruptcy Rule 2014; and upon consideration of the Affidavit of John C. Woodman (the "Affidavit"), an attorney for the Firm, in support of the Motion; and it appearing that notice of the

Motion was due and proper and no further notice be required; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and the Court having considered the representations made in the Motion and the Affidavit; and the Court being satisfied that (i) the Firm has no interest adverse to the Debtor or the matters for which they are to be retained, (ii) the Firm is a disinterested person(s) as that term is defined in Section 101(14) of the Bankruptcy Code, and (iii) employment of the Firm is necessary and in the best interests of the Debtor and its estate; and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT**:

(i) the Motion is **GRANTED**;

(ii) pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to retain and employ the Firm as its attorneys on the terms set forth in the Motion; and

(iii) pursuant to sections 330 and 331 of the Bankruptcy Code, the pertinent Bankruptcy Rules, Local Rules of this Court, and other Orders of this Court, upon the Debtor's filing of and approval of monthly and final motions, the Firm shall be entitled to its compensation and reasonable expenses incurred as counsel for the Debtor in this Chapter 11 case.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |