## 341 First Creditor's Meeting
## Chapter 11 Proceedings Memo

| | |
|---|---|
| Debtor: | Dei Vitae Enterprises, LLC |
| Case No.: | 23-30148 |
| Date / Time: | March 29, 2023 @ 1:00 pm |
| Continued: | April 17, 2023 @ 2:00 pm |
| Individual Testifying: | Susan Burton and Reuben Burton |
| Title: | Susan: managing member; Reuben: managing director |
| Sworn / Affirmed: | ■ YES    ☐ NO |
| Debtor Attorney: | John C. Woodman |

Ownership:

| |
|---|
| Susan Burton: 98.25% |
| New Era Technologies: 1.75% (owned by Randolph Franklin & Gordon Sellers) |
| |
| |

Factors Contributing to Bankruptcy Filing:

| |
|---|
| Foreclosure sale and litigation |
| |
| |
| |

Compliance with Operating Order:

| |
|---|
| First monthly report at the end of April 2023 |
| Insurance has been received; mines are not active |
| |
| |

Plan Formulation:

| |
|---|
| Sale motion proposed |
| |
| |
| |

Creditors Present:    No / <u>Yes</u> (see attached)

Items Requested / Additional Requirements:    No / <u>Yes</u> (see attached)

                                        /s/ Shelley K. Abel
                                        Presiding Officer

<u>Attendance</u>:

Brad Pearce for Natan Holdings, LLC and Crypto Colo Center Corp.
Andrew Kramer for KLMKH, Inc.
Gary Ketchum, individually


<u>Amendments Requested</u>:
Schedule A/B:
- Accounts receivable – schedule with account debtor and amounts
- Confirm all personal property is listed
- Provide a schedule of all mineral rights

SoFA Question 13 – add KLMKH/Orpheum merger; consider adding Rora trading


<u>Documents Requested</u>:
2015.3 report for all subsidiaries
Schedule G leases and executory contracts
Rora token assignment agreements
Rora trading by DVE and last 4 of wallet
Most recent balance sheet for Nova Fin
Insurance claim for tank battery